## Coraopolis Borough, et al., v. The Manufacturers' Light & Heat Company, Appellant.

Argued October 23, 1912. Appeal, No. 33, Oct. T., 1912, by defendant, from decree of C. P., No. 4, Allegheny Co., Second Term, 1911, No. 56, awarding injunction in the case of The Borough of Coraopolis, The First Presbyterian Church of Coraopolis, The Second Presbyterian Church of Coraopolis, The First United Presbyterian Congregation of Coraopolis, The First Baptist Church of Coraopolis, Trustees of St. John's Episcopal Church of Coraopolis, The Zion Lutheran Church of Coraopolis, the St. Joseph's Roman Catholic Church of Coraopolis, The Methodist Episcopal Church of Coraopolis, The A. M. E. Zion Church of Coraopolis, The Mt. Olivet Baptist Church of Coraopolis, The Mt. Hope Baptist Church of Coraopolis v. The Manufacturers' Light & Heat Company. Before FELL, C. J., BROWN, MESTREZAT, STEWART and MOSCHZISKER, JJ. Affirmed.

*A. Leo. Weil,* of *Weil & Thorp,* with him *C. M. Thorp, S. Leo Ruslander* and *Elias Sunstein,* for appellants.

*W. T. Tredway,* with him *H. J. Thomas,* Borough Solicitor, *J. L. Adams, A. C. Purdy* and *Herbert R. Hahn,* for appellees.

OPINION BY MR. JUSTICE STEWART, January 6, 1913:
For reasons stated in the opinion in the case of The Borough of Bellevue, et al., v. The Manufacturers' Light & Heat Company, to No. 32, October Term, 1912, 238 Pa.

388, just handed down, this appeal is dismissed and the decree is affirmed.